# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MICHAL INSA, | Case No. C-3:09-cv-490 |
| Plaintiff, | |
| | Judge Thomas M. Rose |
| -v- | Magistrate Judge Sharon L. Ovington |
| CAROUSEL BEAUTY COLLEGE, et al., | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #3) IN ITS ENTIRETY; DISMISSING INSA'S COMPLAINT WITHOUT PREJUDICE AND TERMINATING THIS CASE**

This matter comes before the Court pursuant to Magistrate Judge Sharon L. Ovington's Report and Recommendations regarding pro se Defendant Michael Insa's ("Insa's") Complaint. (Doc. #3.) The Court previously granted Insa's Application To Proceed *In Forma Pauperis*. The Magistrate Judge has now reviewed Insa's Complaint and recommends that it be dismissed without prejudice because the Complaint does not present a claim over which this Court has subject matter jurisdiction. The time has run and Insa has not responded to the Report and Recommendations.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that the Magistrate Judge's Report and Recommendations is adopted in its entirety.

Insa's Complaint does not present a claim over which this Court has subject matter jurisdiction. It is, therefore, DISMISSED WITHOUT PREJUDICE.

An appeal of this Entry and Order would not be taken in good faith. Therefore, leave for Insa to appeal *in forma pauperis* is DENIED. Finally, The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this First of February, 2010.

                                              **s/Thomas M. Rose**

                                              THOMAS M. ROSE
                                      UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Michal Insa at the address of record